MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
DAVID E. PINCH (State Bar No. 124851)
dep@severson.com
AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant SPRINGLEAF
FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GOLDHAMMER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; CAPITAL ONE FINANCIAL CORPORATION; CASHCALL, INC.; PLAIN GREEN, LLC; PROSPER MARKETPLACE, INC.; SPRINGLEAF FINANCIAL SERVICE, INC.; MERRICK BANK; and WEBBANK,<br><br>　　　　Defendants. | Case No. 5:15-cv-02489-LHK<br><br>**STIPULATION TO EXTEND TIME TO PETITION THE COURT TO COMPEL ARBITRATION; AND ORDER**<br><br>The Hon. Mary Arand, Dept. 9<br><br>Action Filed:　May 18, 2015<br>Trial Date:　　Not Set |

## RECITALS

1.　This is an action by plaintiff BRIAN GOLDHAMMER ("Goldhammer") against several credit reporting agencies and several of his creditors including, SPRINGLEAF FINANCIAL SERVICE, INC. ("Springleaf"), in which Goldhammer alleges wrongful credit reporting. Goldhammer defaulted under the terms of the Loan Agreement. Goldhammer then filed a Chapter 13 Bankruptcy. Goldhammer alleges that his creditors (including Springleaf) are

06085.0107/4181678.1

STIPULATION TO EXTEND TIME TO PETITION THE COURT TO COMPEL ARBITRATION; AND ORDER

1 misreporting information to the credit reporting agencies and have failed to conduct a reasonable investigation of his dispute to the credit reporting agencies concerning the credit reporting.

2. Springleaf asserts that Goldhammer's claim against Springleaf is governed by a valid and enforceable arbitration agreement, enforceable pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, et seq., and has advised Goldhammer's attorney that it intends to file a motion to compel arbitration in accordance with the FAA.

4. Goldhammer and Springleaf agree that it is in their interests to attempt to resolve this action between them prior to the necessity of having to file any responsive pleading, including a motion to compel arbitration, and that it is in their best interest to stay this litigation against Springleaf through and including July 31, 2015, by which time the parties should know whether this action should proceed.

**STIPULATION**

IT IS HEREBY STIPULATED that this action, insofar as it involves defendant, SPRINGLEAF FINANCIAL SERVICES, INC., is stayed. No responsive pleading is required of SPRINGLEAF FINANCIAL SERVICES, INC. through and including July 31, 2015.

IT IS FURTHER STIPULATED that, by so stipulating, SPRINGLEAF FINANCIAL SERVICES, INC. has not and is not waiving its rights to file a motion to compel arbitration, in the event the action between them is not resolved during this stay of litigation. SPRINGLEAF FINANCIAL SERVICES, INC. preserves all of its rights to bring a motion to compel arbitration in the event the action between Goldhammer and Springleaf is not resolved during this stay of the litigation.

**SO STIPULATED**

DATED: June 23, 2015　　　　　SEVERSON & WERSON
　　　　　　　　　　　　　　　A Professional Corporation


By: _____/s/David E. Pinch_____
　　　　　　David E. Pinch
Attorneys for Defendant SPRINGLEAF FINANCIAL SERVICES, INC.

**SO STIPULATED**

DATED: June 23, 2015

SAGARIA LAW
A Professional Corporation

By:     /s/Elliot W. Gale
             Elliot W. Gale

Attorneys for Plaintiff BRIAN GOLDHAMMER

**SO ORDERED**

DATED: June ___, 2015

_____
The Hon. Lucy H. Koh
United States District Judge

06085.0107/4181678.1

3

STIPULATION TO EXTEND TIME TO PETITION THE COURT TO COMPEL ARBITRATION; AND ORDER