1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   JULIETA STEPANYAN (State Bar No. 280691)
3  2029 Century Park East
   Los Angeles, CA 90067-3086
4  Telephone: 310-556-5800
   Facsimile:  310-556-5959
5  Email:      lacalendar@stroock.com

6  Attorneys for Defendant
   MERRICK BANK CORPORATION,
7    erroneously sued as MERRICK BANK

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GOLDHAMMER,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; CAPITAL ONE FINANCIAL CORPORATION; CASHCALL, INC.; PLAIN GREEN, LLC; PROSPER MARKETPLACE, INC.; SPRINGLEAF FINANCIAL SERVICE, INC.; MERRICK BANK; WEBBANK and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 5:15-cv-02489-LHK<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND MERRICK BANK CORPORATION AND [PROPOSED] ORDER RE DEADLINE TO RESPOND TO THE COMPLAINT** |

NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND MERRICK BANK CORPORATION AND
[PROPOSED] ORDER RE DEADLINE TO RESPOND TO THE COMPLAINT
Case No. 5:15-cv-02489-LHK

LA 51897014

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Brian Goldhammer ("Plaintiff"), on the one hand, and defendant Merrick Bank Corporation, erroneously sued as Merrick Bank ("Merrick," and together with Plaintiff, the "Parties"), on the other, have reached a settlement in principle, which will result in the dismissal of Merrick from this action with prejudice. Plaintiff and Merrick currently are negotiating the terms of a settlement agreement and expect that the settlement documentation and the obligations of the parties thereunder will be finalized within the next thirty (30) days. Accordingly, the Parties respectfully request that Merrick's deadline to file a response to the Complaint be taken off calendar.

Dated: July 2, 2015

SAGARIA LAW, P.C.
SCOTT J. SAGARIA
ELLIOT W. GALE
JOSEPH ANGELO
SCOTT M. JOHNSON

By: /s/ Elliot W. Gale

Attorneys for Plaintiff
BRIAN GOLDHAMMER

Dated: July 2, 2015

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
JULIETA STEPANYAN

By: Julieta Stepanyan

Attorneys for Defendant
MERRICK BANK CORPORATION,
erroneously sued as MERRICK BANK

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Lucy H. Koh
United States District Judge

- 1 -
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND MERRICK BANK CORPORATION AND
[PROPOSED] ORDER RE DEADLINE TO RESPOND TO THE COMPLAINT
Case No. 5:15-cv-02489-LHK

LA 51897014

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015, a copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND MERRICK BANK CORPORATION AND [PROPOSED] ORDER RE DEADLINE TO RESPOND TO THE COMPLAINT** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

                                         */s/ Julieta Stepanyan*
                                         Julieta Stepanyan

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 1 -
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND MERRICK BANK CORPORATION AND
[PROPOSED] ORDER RE DEADLINE TO RESPOND TO THE COMPLAINT
Case No. 5:15-cv-02489-LHK

LA 51897014