UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GOLDHAMMER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No.15-CV-02489-LHK<br><br>**ORDER DENYING REQUEST TO VACATE DEADLINE TO RESPOND TO COMPLAINT**<br><br>Re: Dkt. No. 25 |

Before the Court is a notice of settlement between Plaintiff Brian Goldhammer and Defendant Merrick Bank Corporation (collectively, "the Parties"). ECF No. 25. In the notice, the Parties state that they have "reached a settlement in principle, which will result in the dismissal of Merrick from this action with prejudice." *Id*. at 1. The parties request that the deadline for Defendant Merrick Bank Corporation to respond to the Complaint be taken off calendar. *Id*.

The Parties' request is DENIED.

**IT IS SO ORDERED.**

Dated: July 17, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.15-CV-02489-LHK
ORDER DENYING REQUEST TO VACATE DEADLINE TO RESPOND TO COMPLAINT