UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN GOLDHAMMER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 15-CV-02489-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney:  Elliot Gayle
Defendant Capital One's Attorney:  Chelsea Diaz
Defendant Experian's Attorney:  Alyssa Staudinger

　　　An initial case management conference was held on October 15, 2015.  A further case management conference is set for February 4, 2016, at 1:30 p.m.  The parties shall file their joint case management statement by January 28, 2016.

　　　During the case management conference, the Court referred Plaintiff and Defendant Capital One to Court ENE with a deadline of February 29, 2016.

　　　Plaintiff and Defendant Experian shall file a stipulation of dismissal no later than November 15, 2016.  In the event that Plaintiff and Experian are unable to file such a stipulation, Plaintiff and Experian shall file a joint settlement update no later than November 15, 2016.

　　　The Court set the following case schedule:

1

Case No. 15-CV-02489-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
|---|---|
| Deadline to Exchange Initial Disclosures | October 29, 2015 |
| Deadline to File Stipulated Protective Order | November 18, 2015 |
| Last Day to Amend the Pleadings/Add Parties | November 30, 2015 |
| Close of Fact Discovery | August 5, 2016 |
| Opening Expert Reports | June 8, 2016 |
| Rebuttal Expert Reports | July 8, 2016 |
| Close of Expert Discovery | August 5, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | September 1, 2016 |
| Hearing on Dispositive Motions | October 13, 2016, at 1:30 p.m. |
| Final Pretrial Conference | December 15, 2016, at 1:30 p.m. |
| Jury Trial | January 9, 2017, at 9:00 a.m. |
| Length of Trial | 3 days |

**IT IS SO ORDERED.**

Dated:  October 15, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-02489-LHK
CASE MANAGEMENT ORDER